FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6

1  IRELL & MANELLA LLP
   Gary N. Frischling (130583)
2  E-mail: gfrischling@irell.com
   Keith A. Orso (217490)
3  E-mail: korso@irell.com
   Nathan Lowenstein (241067)
4  E-mail: nlowenstein@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
6  Facsimile: (310) 203-7199

7  IRELL & MANELLA LLP
   Layn R. Phillips (103854)
8  E-mail: lphillips@irell.com
   840 Newport Center Drive, Suite 400
9  Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
10 Facsimile: (949) 760-5200

11 Attorneys for Defendant
   TEXAS INSTRUMENTS
12 INCORPORATED

13 *Attorneys for Intervenor
   ARM LTD., listed after
14 signature page*

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                    WESTERN DIVISION

19 MICHROPROCESSOR                 ) Case No. SACV 08-1123 SVW (RNBx)
   ENHANCEMENT CORPORATION         )
20 and MICHAEL H. BRANIGIN,        ) [~~PROPOSED~~] JUDGMENT
                                   )
21          Plaintiffs,            )
                                   ) Judge: Hon. Stephen V. Wilson
22     vs.                         )
                                   )
23 TEXAS INSTRUMENTS               )
   INCORPORATED,                   )
24                                 )
            Defendant.             )
25                                 )
       and                         )
26                                 )
   ARM LTD.                        )
27                                 )
            Intervenor.            )
28                                 )

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2264349                [PROPOSED] JUDGMENT (Case No. SACV 08-1123 SVW (RNBx))

    Defendant Texas Instruments Incorporated's ("TI") motions for summary judgment of noninfringement with respect to OMAP 2/ARM1136 and OMAP 3/Cortex-A8, which were joined by intervenor ARM Ltd. ("ARM"), having come on regularly for hearing before the Court, the Honorable Stephen V. Wilson, District Judge, presiding, and the matter having been duly heard and considered and a decision having been duly rendered, the Court finding that:

1. TI's and ARM Ltd.'s ARM1136 processor cores do not infringe United States Patent No. 5,471,593;

2. TI's OMAP 2 products do not infringe United States Patent No. 5,471,593;

3. TI is entitled to summary judgment of noninfringement with respect to the OMAP 2 products and the ARM1136 processors incorporated in them;

4. TI's and ARM's Cortex-A8 processor cores do not infringe United States Patent No. 5,471,593;

5. TI's OMAP 3 products do not infringe United States Patent No. 5,471,593; and

6. TI is entitled to summary judgment of noninfringement with respect to the OMAP 3 products and the Cortex-A8 processors incorporated in them.

7. TI shall recover its costs of suit;

8. ARM shall recover its costs of suit.

//
//
//
//
//
//
//

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**IT IS HEREBY ORDERED AND ADJUDGED:**

(1) Plaintiffs shall take nothing from defendant Texas Instruments Incorporated or intervenor ARM Ltd. on Plaintiffs' claims, and judgment for Texas Instruments Incorporated and ARM Ltd. is granted;

(2) Judgment is granted to Texas Instruments Incorporated on its First Counterclaim, seeking a declaration of non-infringement;

(3) All other pending counterclaims are dismissed without prejudice;

(4) Texas Instruments Incorporated shall recover its costs of suit; and

(5) ARM Ltd. shall recover its costs of suit.

Dated: July 13, 2010

Hon. Stephen V. Wilson
UNITED STATES DISTRICT
COURT JUDGE

Proposed by:

IRELL & MANELLA LLP
Gary N. Frischling
Keith A. Orso
Nathan Lowenstein

IRELL & MANELLA LLP
Layn R. Phillips


By: /S/ - Keith A. Orso
Gary N. Frischling
Keith A. Orso
Nathan Lowenstein
Attorneys for Defendant
TEXAS INSTRUMENTS
INCORPORATED

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2264349

- 2 -

[PROPOSED] JUDGMENT (Case No. SACV 08-1123 SVW (RNBx))